**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| MARSHA SHOWES-TOLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:10-cv-745 |
| vs. | ) | |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, MARSHA SHOWES-TOLBERT, and the Defendant, CENTRAL CREDIT SERVICES, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
 (866) 551-7791 (facsimile)
david@luxenburglevin.com

/s/ Kevin R. Feazell
Kevin R. Feazell (0059634)
Attorney for Defendant
Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, OH 45202-3578
(513) 852-8200 (phone)
(513) 852-8222 (facsimile)
krf@corsbassett.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 14, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/ David B. Levin
                David B. Levin (0059340)
                Mitchel E. Luxenburg (0071239)
                Attorneys for Plaintiff
                Luxenburg & Levin, LLC
                23875 Commerce Park
                Suite 105
                Beachwood, OH 44122
                (888) 493-0770, ext. 302 (phone)
                (866) 551-7791 (facsimile)
                david@luxenburglevin.com